In the Matter of THE WALTHAW CORPORATION, Appellant; PRESIDENT OF THE BOROUGH OF MANHATTAN et al., Respondents.— Order unanimously reversed, with $20 costs and disbursements, and the motion granted to the extent of allowing an inspection of all records and communications between the Borough President and the Comptroller on file in their offices with reference to the modification of the performance of the contract with appellant and with reference to discontinuance and renewal of traffic on the section of the West Side Highway between 59th and 72d Streets during the period of performance of the contract with The Walthaw Corporation. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ANDREW DOVICSAK, Appellant, v. GARAFANO CONSTRUCTION CO., INC., Defendant, and T. FREDERICK JACKSON, INC., Respondent.— Orders unanimously reversed, without costs of this appeal, and the motion granted upon payment by plaintiff of $100 costs to the respondent. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

DORA GROSSMAN, Respondent, v. ISAAC GROSSMAN, Appellant.— Order affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Callahan, J., dissents on the ground that, as this court merely had jurisdiction in the matrimonial action of the *res* and not in personam it could go no further than to adjudicate with respect to the matrimonial status, and might not award alimony. (*May* v. *May*, 233 App. Div. 519.) The court's powers to grant judgment were not increased by the circumstance that the notice of motion to amend the judgment, under section 1170 of the Civil Practice Act, was served personally within this State. That section relates solely to relief to be granted in the action initiated by the service of the summons (which was constructive here). The section does not provide for any new special proceeding for support of the spouse, which distinguishes the present case from the Massachusetts authorities relied on by Special Term. [See *post,* p. 928.]

FRANK MARIANI et al., Respondents, v. J. MILLS SUMMERS, Individually and as a Copartner Trading under the Name of CAMLOC FASTENER COMPANY, et al., Appellants, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

AKTIESELSKABET DAMPSKIBSSELSKABET VESTERHAVET, Respondent, v. W. A. KIRK & CO., INC., et al., Defendants. REPUBLIC OF CHILE, Appearing Specially, Appellant.— Order affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.; Martin, P. J., and Dore, J., dissent and vote to reverse and grant the motion. [180 Misc. 979.] [See *post,* p. 936.]

In the Matter of FRANCIS J. GREENE, Appellant, against HARRY W. MARSH et al., Constituting the Municipal Civil Service Commission of the City of New York, Respondents.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *post,* p. 937.]